

Eastern District of Kentucky
**F I L E D**

MAR - 3 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO.  2:18-cv-00121-DLB-CJS

PATRICIA MICHAELS     PLAINTIFF

v.     **AGREED ORDER OF DISMISSAL**

GRANT COUNTY, KATHLEEN RITZI,
Both individually and in her official capacity
as Grant County Animal Shelter Director; and
JUDGE EXECUTIVE STEPHEN WOOD,
Both individually and in his official capacity
as Grant County Judge Executive     DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*

By agreement of the parties as indicated by the signatures of their respective counsel below, this matter having been resolved and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that the complaint and amended complaint be dismissed with prejudice, each party to bear their own costs and attorney fees. There being no just cause for delay, this is a final and appealable order.

3 March 2020

Signed By:
**David L. Bunning**
United States District Judge
Eastern District of Kentucky

Have seen and agreed:

/s/   *Donald C. Morgan*
L. Scott Miller
Joshua M. Salsburey
Donald C. Morgan
Sturgill, Turner, Barker & Moloney, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
smiller@sturgillturner.com
jsalsburey@sturgillturner.com
dmorgan@sturgillturner.com
Telephone: (859) 255-8581
Facsimile: (859) 231-0851
ATTORNEYS FOR DEFENDANTS

/s/   *Anthony J. Bucher*   (with permission)
Barbara D. Bonar, Esq.
Anthony J. Bucher, Esq.
BONAR, BUCHER & RANKIN, PSC
3611 Decoursey Avenue
Covington, KY 41015
tbucher@lawatbdb.com
Attorneys for Plaintiff